Invoice #: 7590  
Client: Rohn and Carpenter, LLC  
Fee for Service  $ 50.00  
Firm Reference:  D. Rawlins  

Affidavit of Private Detective Todd M. Martinson, 29 S. LaSalle Ste 415, Chicago, IL 60603

## IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS

### DIVISION OF ST. CROIX

Case #  SX-11-MC-23

I, Todd M. Martinson

That I, first duly sworn on oath state that I am over 18 years of age and not a party to this suit and a Licensed Private Detective, State of Illinois License # 115.002035, registered with the Illinois Department of Financial and Professional Regulation.

### CORPORATE SERVICE

That I served the within:  SUMMONS AND FIRST AMENDED COMPLAINT

On the within named defendant:  STERLING BRIDGE LLC

By leaving a copy of each with the said defendant by serving the process to:

Scott D.H. Redman, Registered Agent

Additional Comments:

The *approximate* sex, race and age of the person whom I left the process with are as follows:

Sex: Male  Race: White  Age: 47  
Height: 5' 9"  Build: Average Build  Hair: Black

Service address: 20 S. Clark St. Suite 2310  
Chicago, IL 60603

Date of Service: 08/02/2011  Time of Service: 2:55 pm

Todd M. Martinson, Licensed Private Detective  
License # 115.002035

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements made are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.



EXHIBIT 1

(CIVIL ACTION – ORIGINAL)

# SUMMONS

## IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

KEZIAH PRINCE,

        Plaintiff,

v.

STERLING BRIDGE LLC,

        Defendants.

MISC NO. SX-11- MC-23

**ACTION FOR DAMAGES**

JURY TRIAL DEMANDED

'11 JUL 26 P12 :53

TO: **SCOTT D.H. REDMAN**, as resident agent for **Sterling Bridge LLC, DEFENDANT**
ADDRESS: 20 S. Clark Street, Ste 2310 Chicago, IL 60603

    Within the time limited by law (see note below) you are hereby required to appear before this Court and answer to a complaint filed against you in this action and in case of your failure to appear or answer, judgment by default will be taken against you as demanded in the complaint, for

Witness my hand and the Seal of the Court this _____ day of _____, 2011.

Lee J. Rohn, Esquire
VI Bar No. 52
Law Offices of Rohn and Carpenter, LLC
1101 King Street
Christiansted, VI 00820
Telephone: (340) 778-8855
Facsimile: (340) 773-2954

VENETIA H. VELAZQUEZ
Clerk of the Court

By: _____
Court Clerk II

Note: The defendant, if served personally, is required to file his answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the plaintiff's attorney within twenty (20) days after service of this summons, excluding the date of service. The defendant, if served by publication or by personal service outside the jurisdiction, is required to file his answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the attorney for the plaintiff within thirty (30) days after the completion of the period of publication or personal service outside of the jurisdiction.

AGA 5000 8/85          (See Reverse)          GOTC 624

(CIVIL ACTION – ORIGINAL)

## RETURN OF SERVICE

I hereby certify that I received this summons on the __2d__ day of __AUGUST__, 2011, and that thereafter, on the __2d__ day of __AUGUST__, 2011, I did serve the same on the above-named defendant, __STERLING BRIDGE, LLC c/o SCOTT D. H. Redman-Reg. Agent__ by showing h__im__ this original and by then delivering to h__im__ a copy of the complaint and of the summons which were forwarded to me attached thereto.

_____
Marshal

_Todd M Martinson_
Deputy
TODD M. MARTINSON - PROCESS SERVER
29 S. LASALLE #415; CHICAGO, IL 60603
IL LIC# 115.002035

## RETURN OF NON-SERVICE

I hereby certify that I received this summons on the _____ day of _____, 2011, and that after making a careful, diligent search, the Defendant cannot be found in this jurisdiction.

_____
Marshal

_____
Deputy

AGA 5000 8/85 (See Reverse) GOTC 624