IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

CASE NO.: 11-cv-00085

KEZIAH PRINCE,

    Plaintiff,

vs.

STERLING BRIDGE, LLC,

    Defendant.
_____/

## NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that the undersigned counsel for Defendant, STERLING BRIDEG, LLC, is anticipated to be in trial and unavailable: Monday, November 11, 2013 through Friday, November 15, 2013, and hereby requests that no depositions, hearings, mediations or trials in the above-captioned cause be scheduled during the aforementioned time period.

In addition, the undersigned respectfully requests that no pleadings and/or discovery requiring immediate or urgent attention be filed and/or served during the aforementioned time period.

    Respectfully submitted,

    Quintairos, Prieto, Wood, & Boyer, P.A.
    9300 S. Dadeland Blvd., 4th Floor
    Miami, FL 33156
    Tel.:  (305) 670-1101
    Fax:  (305) 670-1161

    /s/ William E. Crabill
    William E. Crabill, Esq.
    V.I Bar No.: 1003

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the CM/ECF system this 30th day of October, 2013, which will send a notice of electronic filing to:

Lee J. Rohn, Esq.
Law Offices of Rohn and Carpenter, LLC
1101 King Street
Christiansted, VI 00820

/s/ William E. Crabill
William E. Crabill, Esq.