IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

KEZIAH PRINCE               :          CIVIL ACTION
                            :
          v.                :
                            :
STERLING BRIDGE, LLC        :          NO. 11-85

ORDER

AND NOW, this 1st day of July, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of plaintiff Keziah Prince to remand for lack of subject-matter jurisdiction (Doc. # 29) is GRANTED; and

(2)  the action is REMANDED to the Superior Court of the Virgin Islands, Division of St. Croix.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                              HARVEY BARTLE III          J.
                              SITTING BY DESIGNATION